UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOFERS LOCAL 149 SECURITY
BENEFIT TRUST FUND, et al.,

Case No. 2:22-cv-11687

Plaintiffs,

HONORABLE STEPHEN J. MURPHY, III

v.

T.F. BECK COMPANY and
DANIEL E. CASEY,

Defendants.
                                                                  /

## CASE MANAGEMENT ORDER

The parties stipulated that Defendants would answer no later than October 12, 2022. ECF 11. But Defendants did not answer. The Court thus ordered Plaintiffs to show cause for why the case should not be dismissed for failure to prosecute. ECF 12. Plaintiffs responded and explained that "Defendants were unable to approve and execute the [settlement] agreement because Defendants' accountant was unforeseeably out of town." ECF 13, PgID 33. Plaintiffs then stated that they were "agreeable to one last extension [of time to file an answer]." *Id.* Because the parties are steadily working towards settlement and because Plaintiffs are amenable to a further extension, the Court will extend Defendants' time to answer to November 3, 2022. The Court will grant no further extensions. Last, in light of the extension, the Clerk of the Court must strike Plaintiffs' request for the clerk's entry of default, ECF 14, and the clerk's entry of default against both Defendants, ECF 15; 16.

**WHEREFORE**, it is hereby **ORDERED** that the show cause order [12] is **RESOLVED**.

**IT IS FURTHER ORDERED** that Defendants must **ANSWER** or otherwise **RESPOND no later than November 3, 2022**.

**IT IS FURTHER ORDERED** that the Clerk of the Court must **STRIKE** Plaitniffs' request for the clerk's entry of default [14] and the clerk's entry of default as to both Defendants [15; 16].

**SO ORDERED.**

    s/ Stephen J. Murphy, III
    STEPHEN J. MURPHY, III
    United States District Judge

Dated: October 24, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 24, 2022, by electronic and/or ordinary mail.

    s/ David P. Parker
    Case Manager